IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID ADAM BAKER, | : | Case No. 1:19-cv-60 |
| Plaintiff, | : | |
| | : | Judge Matthew W. McFarland |
| vs. | : | |
| JEFFREY CARNINE, et al., | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS (DOC. 31) AND DENYING MOTION TO DISMISS (DOC. 6) AND MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. 24) AS MOOT**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 31), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court rules as follows:

1. Defendants' Broo, McIlwain, and Stachowiak's motion to dismiss (Doc. 6) is **DENIED** as **MOOT**.

2. Defendant Carnine's motion for judgment on the pleadings (Doc. 24) is **DENIED** as **MOOT** to the extent it is directed towards the original or first amended complaint.

**IT IS SO ORDERED.**

By: /s/ Matthew W. McFarland
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE