IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| DAVID ADAM BAKER, | : | Case No. 1:19-cv-60 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| JEFFREY CARNINE, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 48)**

The Court has reviewed the Report and Recommendation (Doc. 48) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's claims against Defendants Jacqueline Stachowiak, Matt Broo, and David McIlwain are hereby **DISMISSED** for want of prosecution and for failure to obey an Order of the Court.[1]

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND

---

[1] Plaintiff's claims against Defendants Jeffrey Carnine, "John Doe Officers," and "Dart Agency Policy Makers" remain pending. As noted by the Magistrate Judge, the latter two Defendants have been neither identified nor served with process.