IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAVID ADAM BAKER, | : | Case No. 1:19-cv-60 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| JEFFREY CARNINE, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 69), DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT (Doc. 64), AND DENYING MOTION TO SUPPLEMENT THE COMPLAINT AS AMENDED (Doc. 65)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 69), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion for Leave to Amend the Complaint (Doc. 64) and Plaintiff's Motion to Supplement the Complaint as Amended (Doc. 65).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND