IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAVID ADAM BAKER, | : | Case No. 1:19-cv-60 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| JEFFREY CARNINE, *et al.*, | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 71), AND GRANTING DEFENDANT CARNINE'S MOTION FOR SUMMARY JUDGMENT (Doc. 55)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 71), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, the Court:

(1) **GRANTS** Defendant's Motion for Summary Judgment (Doc. 55) as to all federal claims raised in the Amended Complaint under 42 U.S.C. § 1983;

(2) **DISMISSES** Plaintiff's § 1983 claims;

(3) **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law claims; and

(4) **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the foregoing reasons, an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND